IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

DEWYN AVEY, Special Administratrix
of the Estate of Darla Furrer, Deceased                                      PLAINTIFF

v.                              No. 4:22-cv-248-DPM

SAM I AM TRANSPORTATION, LLC;
DAVID TURNER;  LOGAN SHEFFIELD;
L&K ROADSIDE SERVICE LLC;  D&D
ROADSIDE SERVICE, LLC;  JOHN DOES
1-3;  and JOHN DOE ENTITIES 1-3                                              DEFENDANTS

## JUDGMENT

Avey's amended complaint is dismissed with prejudice.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

18 December 2023